McGREGOR SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel
GERALYN A. GULSETH
Special Assistant United States Attorney
Telephone: (415) 977-8923
333 Market Street, Suite 1500
San Francisco, California 94105

Attorneys for Respondent
Michael J. Astrue,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA GALLEGOS,<br><br>　　Appellant,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,1/<br><br>　　Respondent. | CV 04-5486 AWI DLB<br><br>STIPULATION TO REDACT PAGES FROM THE CERTIFIED ADMINISTRATIVE TRANSCRIPT; ORDER |

　　The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

　　1)  Pages 92-94 of the Certified Administrative Transcript are confidential records pertaining to an individual other than the Appellant;

---

　　1/ On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

2) Said pages shall be removed from the Certified Administrative Transcript and all copies of the Transcripts and then destroyed by the Clerk of the Court, Appellant's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel for the Social Security Administration.

3) The above-mentioned pages, mistakenly included in the Transcripts, will not be disclosed to anyone.

4) The inadvertent inclusion of the above-mentioned pages in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED:   2/21/07            McGREGOR SCOTT
                            United States Attorney
                            LUCILLE GONZALES MEIS
                            Regional Chief Counsel

                       By:  /s/ geralyn gulseth
                            GERALYN GULSETH
                            Special Assistant United States Attorney

                            Attorneys for Respondent-Appellee


DATED: 2/21/07         By:  /s/ harvey sackett
                            (*as authorized by facsimile on 2/20/07*)
                            HARVEY SACKETT
                            Attorney at Law

                            Attorney for Appellant


   IT IS SO ORDERED.

   Dated:  **February 22, 2007**              **/s/ Dennis L. Beck**
9b0hie                                    UNITED STATES MAGISTRATE JUDGE

2