# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EULALIA GALLEGOS, | ) | 1:04cv5486 DLB |
| | ) | |
| | ) | ORDER REMANDING ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Eulalia Gallegos ("Plaintiff") filed the instant action challenging the denial of social security benefits on March 25, 2004. The Court denied Plaintiff's challenge on February 23, 2005.

Plaintiff appealed the judgment and on April 20, 2007, the Ninth Circuit reversed this Court's decision and remanded the action. Therefore, pursuant to the Ninth Circuit's instructions on remand, this action is REMANDED to the ALJ for clarification of the alleged disability date and determination of the case in accordance with that date.

IT IS SO ORDERED.

  **Dated:** **June 18, 2007**       **/s/ Dennis L. Beck**
                     UNITED STATES MAGISTRATE JUDGE

1